UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANTOS CARRANZA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-419 |
| | § | |
| GREGORY CIRLOS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order on Plaintiffs' Motion for Summary Judgment (D.E. 29), the Court enters final judgment as follows:

Plaintiff Santos Carranza is entitled to recover of and from Defendant Gregory Cirlos the amount of $4,225.00 in compensatory damages, together with the amount of $4,225.00 in liquidated damages, for a total of $8,450.00.

Plaintiff Luis Carranza is entitled to recover of and from Defendant Gregory Cirlos the amount of $1,625.00 in compensatory damages, together with the amount of $1,625.00 in liquidated damages, for a total of $3,250.00.

Plaintiffs are entitled to reasonable attorneys fees and costs upon proper motion.

ORDERED this 29th day of January, 2020.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE